1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT FOR THE

7                         EASTERN DISTRICT OF CALIFORNIA

8

9    MIGUEL PULIDO-ROMERO,              )         No. CV-F-05-1016 REC
                                        )         (No. CR-F-03-5373 REC)
10                                      )
                                        )         ORDER DENYING "(AMENDMENT
11                   Petitioner,        )         &/or SUPPLEMENTAL TO)
                                        )         (August 5, 2005, Motion to
12          vs.                         )         Dismiss) MOTION TO
                                        )         DISMISS/VOID JUDGEMENT FOR
13                                      )         LACK OF TERRITORIAL AND/OR
     UNITED STATES OF AMERICA,          )         SUBJECT MATTER JURISDICTION,
14                                      )         (F.R.C.P. Rule 60(b)(4)-(6)"
                                        )         (Doc. 76)
15                   Respondent.        )
                                        )
16   _____)

17

18

19        On August 5, 2005, petitioner Miguel Pulido Romero,

20   proceeding in pro per, filed a "Motion to Dismiss or Review to

     Adjust Sentence, For Lack of Territorial Jurisdiction."
21
          By Order filed on August 16, 2005, the court ruled in
22
     pertinent part:
23
               1.  Petitioner is hereby notified that the
24             court finds that the instant motion should be
               recharacterized as a motion for relief
25             pursuant to 28 U.S.C. § 2255.  Petitioner may
               withdraw the motion if he does not wish to
26             pursue relief under Section 2255.  Should

                                      1

1
2
3
4

> petitioner choose to withdraw the motion, he
> must file a notice of withdrawal of the
> motion within 30 days of the filing date of
> this order.  If petitioner fails to file the
> notice of withdrawal within 30 days, the
> motion shall be adjudicated as a motion for
> relief under Section 2255.

5
6
7
8
9
10

> 2.  If petitioner decides to proceed pursuant
> to Section 2255, he must file an amended
> Section 2255 motion within 30 days of the
> filing date of this order setting forth all
> claims upon which he bases relief, the facts
> upon which he relies in contending that the
> claims in the Section 2255 motion are not
> time-barred and/or that petitioner is
> entitled to equitable tolling.  Failure to
> timely comply will result in the dismissal of
> the Section 2255 motion as time-barred.

11      On September 9, 2005, petitioner filed a pleading captioned

12  "(AMENDMENT &/or SUPPLEMENTAL TO) (August 5, 2005, Motion to

13  Dismiss) MOTION TO DISMISS/VOID JUDGEMENT FOR LACK OF TERRITORIAL

14  AND/OR SUBJECT MATTER JURISDICTION, (F.R.C.P. Rule 60(b)(4)-(6)".

15  Other than the change of the wording of the caption of the motion

16  and the addition of the reference to Rule 60(b), Federal Rules of

17  Civil Procedure, petitioner's motion is identical in all respects

18  to the motion filed on August 5, 2005.  Petitioner did not comply

19  in any way with the court's August 16, 2005 Order.  However,

20  because of petitioner's reference to Rule 60(b), Federal Rules of

21  Civil Procedure, and because of petitioner's failure to allege

22  facts from which it may be inferred that a motion under Section

23  2255 is not time-barred or that petitioner is entitled to

24  equitable tolling, the court concludes that petitioner elects not

25  to proceed under 28 U.S.C. § 2255 because any such motion is

26  barred by the one-year limitation period and by the terms of

2

1  petitioner's written plea agreement.

2      Petitioner cannot rely on Rule 60(b), Federal Rules of Civil

3  Procedure, as the legal and procedural basis for dismissal of the

4  charges to which he pleaded guilty or for a reduction in his

5  sentence.  Petitioner cannot proceed with this motion pursuant to

6  Rule 60(b), Federal Rules of Civil Procedure, because the Federal

7  Rules of Civil Procedure do not apply to criminal cases.  See

8  United States v. Andrade-Larrios, 39 F.3d 986, 988 (9th Cir.

9  1994).  Challenges to the legality of a conviction or sentence

10 are brought pursuant to 28 U.S.C. § 2255.

11     ACCORDINGLY:

12     1.  Petitioner Miguel Pulido-Romero's "(AMENDMENT &/or

13 SUPPLEMENTAL TO) (August 5, 2005, Motion to Dismiss) MOTION TO

14 DISMISS/VOID JUDGEMENT FOR LACK OF TERRITORIAL AND/OR SUBJECT

15 MATTER JURISDICTION, (F.R.C.P. Rule 60(b)(4)-(6)" is denied.

16     IT IS SO ORDERED.

17 **Dated:  September 19, 2005**          **/s/ Robert E. Coyle**
   668554                              UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

                                    3